**U.S. District Court**
**District of Oregon**

| | |
|---|---|
| STEVEN BUTLER | Case No. 6:17-cv-00562-JR |
| *Plaintiff,* | MOTION TO AMEND |
| v. | |
| Carol Dunford<br>United States | |
| Defendant, | |

1. I respectfully ask the court to Amend my Complaint amount to Two hundred and fifty thousand U.S. Dollars ($250,000).

2. I respectfully ask the court for a Jury Trial.

DATED this 12h day of May, 2017

*Steven G. Butler*
Steven G. Butler

Plaintiff, Pro se

MOTION TO AMEND

CERTIFICATE OF SERVICE

I certify that a copy of the forgoing MOTION TO AMEND was placed in a prepaid envelope on th 12th of May 2017 and deposited in a United States Post Office outgoing mail receptacle addressed to:

United States Attorney's Office
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902

ATTN: BILLY J. WILLIAMS, OSB #901366
     ADRIAN BROWN, OSB #05020

   Defendants

*Steven G. Butler* (signature)
Steven G. Butler
Pro Se Plaintiff

CERTIFICATE OF SERVICE